IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| HOPE RENDON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-00137 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| SANDERSON FARMS, INC. | § | |
| (Processing Division), | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 18]. The Parties are seeking a dismissal of this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 20th day of March, 2024.**

Michael J. Truncale
United States District Judge